GEORGE M. OLCOTT, Assignee, etc., Respondent, *v.* JOHN GEORGE MACLEAN et al., Appellants.

(Argued March 26, 1878 ; decided April 2, 1878.)

REPORTED below, 11 Hun, 394.
Agree to dismiss appeal. No opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.